1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   BRENDA MARTINEZ-SERRANO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:10-CR-00250 MCE
                                    )
14              Plaintiff,          ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
15       v.                         ) **AND EXCLUDING TIME**
                                    )
16 BRENDA MARTINEZ-SERRANO,         )
                                    ) Date:  August 26, 2010
17              Defendant.          ) Time:  9:00 a.m.
                                    ) Judge: Morrison C. England, Jr.
18 _____  )

19

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22 of America, and defendant, Brenda Martinez-Serrano, that the status

23 conference scheduled for August 26, 2010, may be continued to September

24 23, 2010, at 9:00 a.m.

25 ///

26 ///

27 ///

28 ///

Counsel for defendant requires further time to review, to complete investigation and to confer with the government in an effort to resolve this matter. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on September 23, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 24, 2010        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for BRENDA MARTINEZ-SERRANO

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: August 24, 2010        /s/ T. Zindel for M. Beckwith
                              MICHELE BECKWITH
                              Assistant U.S. Attorney

Stip. & Order                           2

**O R D E R**

The status conference is continued to September 23, 2010, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: August 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE