```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   ) CR. No. S-10-250 MCE
12        Plaintiff,               )
                                   )
13     v.                          ) STIPULATION AND ORDER TO
                                   ) CONTINUE STATUS CONFERENCE
14  BRENDA MARTINEZ-SERRANO        )
       aka Brenda Gutierrez,       )
15                                 )
          Defendant.               )
16  _____)
17
```

18       IT IS HEREBY STIPULATED between the parties, Michele
19  Beckwith, Assistant United States Attorney, and Timothy Zindel,
20  Assistant Federal Defender, attorney for BRENDA MARTINEZ-SERRANO,
21  that the status conference of September 23, 2010 be vacated, and
22  the matter be set for status conference on September 30, 2010 at
23  9:00 a.m.
24       Additional time is needed for the parties to negotiate a
25  resolution of this matter.  The parties agree that a continuance
26  is necessary for this purpose, and agree to exclude time under
27  the Speedy Trial Act accordingly.
28       IT IS STIPULATED that the period from the signing of the

1

proposed order, up to and including the September 30, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  September 10, 2010       Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney


                                 */s/ Michele Beckwith*
                             By: Michele Beckwith
                                 Assistant U.S. Attorney

Dated: September 10, 2010        DANIEL BRODERICK
                                 Federal Defender

                                 */s/ Timothy Zindel*
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for Defendant


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 23, 2010, be continued to September 30, 2010, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the September 30, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE