1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   BRENDA MARTINEZ-SERRANO
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14 UNITED STATES OF AMERICA,       ) No. 2:10-CR-00250 MCE
                                   )
15            Plaintiff,           ) **STIPULATION AND ORDER**
                                   ) **CONTINUING STATUS CONFERENCE**
16      v.                         ) **AND EXCLUDING TIME**
                                   )
17 BRENDA MARTINEZ-SERRANO,        )
                                   ) Date:  October 14, 2010
18            Defendant.           ) Time:  9:00 a.m.
                                   ) Judge: Morrison C. England, Jr.
19 _____ )

20

21

22     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

23 of America, and defendant, Brenda Martinez-Serrano, that the status

24 conference scheduled for October 14, 2010, may be continued to October

25 28, 2010, at 9:00 a.m.

26 ///

27 ///

28 ///

Counsel for defendant has obtained medical records which may affect the outcome of the case but has yet to review them in full. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on October 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), so that counsel may review the records and, if appropriate, discuss them with the government.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 12, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for BRENDA MARTINEZ-SERRANO


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  October 12, 2010                /s/ T. Zindel for M. Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to October 28, 2010, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2