DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRENDA MARTINEZ-SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRENDA MARTINEZ-SERRANO,<br><br>　　　　　Defendant.<br>_____ | No. 2:10-CR-00250 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　October 27, 2010<br>Time:　9:00 a.m.<br>Judge: Morrison C. England, Jr. |

　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Brenda Martinez-Serrano, that the status conference scheduled for October 27, 2010, may be continued to November 4, 2010, at 9:00 a.m.

///

///

///

Counsel for defendant has obtained medical records which may affect the outcome of the case but has yet to review them in full. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on November 4, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), so that counsel may review the records and, if appropriate, discuss them with the government.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: October 25, 2010        /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for BRENDA MARTINEZ-SERRANO


                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: October 25, 2010        /s/ T. Zindel for M. Beckwith
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 4, 2010, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3