DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRENDA MARTINEZ-SERRANO


                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )  No. 2:10-CR-00250 MCE
                                   )
            Plaintiff,             )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
      v.                           )  **AND EXCLUDING TIME**
                                   )
BRENDA MARTINEZ-SERRANO,           )
                                   )  Date:  November 4, 2010
            Defendant.             )  Time:  9:00 a.m.
                                   )  Judge: Morrison C. England, Jr.
_____)


      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
of America, and defendant, Brenda Martinez-Serrano, that the status
conference scheduled for  November 4, 2010, may be continued to November
18, 2010, at 9:00 a.m.

///

///

///

1       Counsel for defendant has obtained medical records which may affect

2  the outcome of the case but has yet to review them in full.  The parties

3  agree that time under the Speedy Trial Act should be excluded from the

4  date of this order through the status conference on November 18, 2010,

5  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), so that counsel may

6  review the records and, if appropriate, discuss them with the government.

7                                      Respectfully submitted,

8                                      DANIEL J. BRODERICK
                                       Federal Defender
9

10  Dated:  November 2, 2010           /s/ T. Zindel
                                       TIMOTHY ZINDEL
11                                     Assistant Federal Defender
                                       Attorney for BRENDA MARTINEZ-SERRANO
12

13                                     BENJAMIN B. WAGNER
                                       United States Attorney
14

15  Dated:  November 2, 2010           /s/ T. Zindel for M. Beckwith
                                       MICHELE BECKWITH
16                                     Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

Stip. & Order                    2

1

**O R D E R**

2    The status conference is continued to November 18, 2010, at 9:00

3  a.m.  Time under the Speedy Trial Act is excluded through that date for

4  the reasons stated above and by agreement of the parties, the Court

5  finding that the ends of justice to be served by a continuance outweigh

6  the best interests of the defendant and the public in a speedy trial.

7    IT IS SO ORDERED.

8
 Dated: November 5, 2010

9

10  _____

11  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28