DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRENDA MARTINEZ-SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-250 MCE |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| | ) |
| BRENDA MARTINEZ-SERRANO, | ) |
| | ) Date:  November 18, 2010 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Morrison C. England, Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Brenda Martinez-Serrano, that the status conference scheduled for November 18, 2010, may be continued to December 9, 2010, at 9:00 a.m.

///

///

///

1  Counsel for defendant has obtained medical records which may affect
2  the outcome of the case but has yet to review them in full.  The parties
3  agree that time under the Speedy Trial Act should be excluded from the
4  date of this order through the status conference on December 9, 2010,
5  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), so that counsel may
6  review the records and, if appropriate, discuss them with the government.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  November 16, 2010        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for BRENDA MARTINEZ-SERRANO


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  November 16, 2010        /s/ T. Zindel for M. Beckwith
                                 MICHELE BECKWITH
                                 Assistant U.S. Attorney

Stip. & Order                    2

**O R D E R**

The status conference is continued to December 9, 2010, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: November 17, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE