1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   BRENDA MARTINEZ-SERRANO
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,         )  No. 2:10-cr-00250 MCE
                                     )
14             Plaintiff,            )  **STIPULATION AND ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
15      v.                           )  **AND EXCLUDING TIME**
                                     )
16 BRENDA MARTINEZ-SERRANO,          )
                                     )  Date:  December 9, 2010
17             Defendant.            )  Time:  9:00 a.m.
                                     )  Judge: Morrison C. England, Jr.
18 _____   )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Brenda Martinez-Serrano, that the status

22 conference scheduled for December 9, 2010, may be continued to January 6,

23 2011, at 9:00 a.m.

24      The parties have reached a plea agreement but ask to delay the

25 change of plea so that Ms. Martinez may undergo necessary surgery that is

26 scheduled to occur within the next few weeks. Until the surgery is

27 completed, it will be difficult to assure her availability for the change

28 of plea. Accordingly, the parties agree that time under the Speedy Trial

Act should be excluded from the date of this order through the status conference on January 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated:   December 7, 2010            /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for BRENDA MARTINEZ-SERRANO

                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated:   December 7, 2010            /s/ T. Zindel for M. Beckwith
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to January 6, 2011, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: December 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE